UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BRYAN STEPHEN FLOOD,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Civil No. 2:25-cv-00254-DGE<br><br>ORDER GRANTING MOTION FOR REMAND (Dkt. No. 15) |

ORDER

Page 1 - [2:25-CV-00254-DGE]

The Court hereby GRANTS Defendant's unopposed motion for remand (Dkt. No. 15). The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). On remand, this case will be assigned to a different ALJ. The ALJ will offer a hearing, further develop the record as necessary, and issue a new decision.

Remand is made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment shall be entered for Plaintiff. The Clerk shall close the case.

DATED this 1st day of May 2025.

David G. Estudillo
United States District Judge